AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 5:94cr5018LAC |
| Tony Kimbro ) | USM No: 03501-017 |
| ) | |
| Date of Previous Judgment: 29 November 1994 ) | |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 40          Amended Offense Level: 38
Criminal History Category: V         Criminal History Category: V
Previous Guideline Range: 360 to Life   Amended Guideline Range: 360 to Life

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The sentence remains within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Although the base offense level is reduced by two levels from a level 40 to a level 38, the guideline range does not change according to the Sentencing Table in Chapter 5, Part A— it remains the same, 360 to life. The 420 month sentence is still the appropriate sentence.

Except as provided above, all provisions of the judgment dated 29 November 1994 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 30 September 2008                 s/ *L.A. Collier*
                                                               Judge's signature

Effective Date: _____                     Lacey A. Collier, Senior U.S. Distsrict Judge
(if different from order date)                  Printed name and title