**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

    VS                                                    CASE NO.  5:94CR5018 LAC

TONY KIMBRO

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    September 19, 2008
Motion/Pleadings:  MOTION FOR A BOOKER/KIMBROUGH REDUCTION
Filed by  DEFENDANT            on  9/18/08       Doc.# 138

RESPONSES:

                                            on                Doc.#
                                            on                Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                  Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 2nd day of October, 2008, that:*
*(a) The relief requested is* **DENIED.**
*(b)*

                                                    *s/L.A. Collier*
                                                     **LACEY A. COLLIER**
                                             *Senior United States District Judge*

Entered On Docket:                   By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.